```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x      ECF CASE

UNITED STATES OF AMERICA,         :
                                          NOTICE OF APPEARANCE AND
     - v. -                       :       REQUEST FOR ELECTRONIC
                                          NOTIFICATION
CARLOS MEJIA, and                 :
JOEL RODRIGUEZ,
          Defendants.             :       09 Cr. 259 (DLC)

- - - - - - - - - - - - - - - - - x
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              LEV L. DASSIN
                              Acting United States Attorney for
                              the Southern District of New York

                              by: __/s/_____

                              Amie N. Ely
                              Assistant United States Attorney
                              212-637-2214