UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| - v - | : | S1 09 Cr. 259 (DLC) |
| CARLOS MEJIA, | : | |
| JOEL RODRIGUEZ, | | |
| JONATHAN MEJIA, | : | |
|   a/k/a "Moises," and | | |
| PEDRO VENTURA-CRUZ, | : | |
|   a/k/a "El Tiburon," | | |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - - - - - - - x

HONORABLE MICHAEL H. DOLLINGER, United States Magistrate Judge:

    The Court, having been advised that PEDRO VENTURA-CRUZ, a/k/a "El Tiburon," the defendant, has been arrested on a warrant issued by this Court, hereby orders that Superseding Indictment 09 Cr. 259 (DLC) may be unsealed.

Dated: September 3, 2009

                                              HONORABLE MICHAEL H. DOLLINGER
                                              UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09